HENRY WOLF, Appellant, v. F. MURPHY STORAGE CORPORATION, Defendant, and BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Order setting aside the verdict of a jury in a negligence action and dismissing the complaint, and judgment, in so far as appealed from, affirmed, with costs. We are of opinion that the plaintiff did not establish a *prima facie* cause of action. Granting plaintiff the most favorable inferences from the testimony, nothing more was established than that the respondent's car was struck by a passing truck, due to the shifting of the load of lumber on the truck at the time. Lazansky, P. J., Hagarty, Johnston and Close, JJ., concur; Carswell, J., dissents as to affirmance of the order and votes to modify it by striking out the second decretal paragraph and, as thus modified, to affirm; and further dissents as to affirmance of the judgment, and, in so far as appealed from, votes to reverse and grant a new trial. ( *Plumb* v. *Richmond Light & R. R. Co.*, 233 N. Y. 285.)

SAMUEL ZIRN, Appellant, v. CLIFTON N. BRADLEY, and PHILIP L. CARRET, PAUL A. GAMMONS and Said CLIFTON N. BRADLEY, Copartners Doing Business under the Firm Name of CARRET, GAMMONS & Co., Respondents, and Others, Defendants.— Action for libel. Order denying plaintiff's motion (a) to be relieved of his failure timely to move with regard to the affirmative defenses pleaded in the answer of several named defendants, pursuant to rule 109 of the Rules of Civil Practice; and (b) upon being so relieved for an order striking out the affirmative defenses as .insufficient in law, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

### (November 29, 1939.)

IRVING KISS, Respondent, v. ETHEL KISS, Appellant.— Order granting reargument of motion to vacate a notice to produce certain recordings and a transcript thereof, pursuant to section 327 of the Civil Practice Act, and upon reargument granting the motion to vacate said notice, in so far as appealed from, affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.